## CONSENT TO JOIN
## PURSUANT TO 29 U.S.C. §216(b)

1.  I, <u>Christopher Shilling</u>, hereby consent and agree and opt-in to become a plaintiff class member in a lawsuit or arbitration brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* against my current/former employer, Loves Travel , and any of its officers, agents, parent corporations, subsidiaries, joint employers and representatives.

2.  I hereby agree to be bound by any adjudication of this action by the Court or arbitrator, whether it is favorable or unfavorable. I further agree to be bound by any collective action settlement herein approved by my attorneys and approved by the Court or an arbitrator as fair, adequate, and reasonable.

DATE: 1/28/2021                              SIGNATURE: *Christopher Shilling*
                                                        DocuSigned by:
                                                        4D905C543BA1467...

Christopher Shilling

EXHIBIT 1