# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA
# OKLAHOMA CITY DIVISION

| | |
|---|---|
| **CHRISTOPHER SHILLING**, on behalf of himself and others similarly situated, | )<br>)<br>)  Docket No. 5:21-cv-00152-PRW<br>) |
| Plaintiff, | )<br>)  Judge Patrick R. Wyrick |
| v. | )<br>) |
| **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.**, | )<br>)<br>) |
| Defendant. | |

## PLAINTIFF'S NOTICE RULE 41 DISMISSAL WITHOUT PREJUDICE

NOW COMES Plaintiff, Christopher Shilling, by and through counsel, and hereby dismisses this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Plaintiff's Complaint was filed on February 24, 2021,[1] and no answer or other response has been made.[2]

Respectfully Submitted,

**NILGES DRAHER LLC**

*/s/Robi J. Baishnab*
Robi J. Baishnab (Ohio Bar No. 0086195)
34 N. High St., Ste. 502
Columbus, OH 43215
Telephone:   (614) 824-5770
Facsimile:    (330) 754-1430
Email:
         rbaishnab@ohlaborlaw.com

---

[1] ECF No. 1.
[2] *See e.g.* ECF Nos. 6 to 7.

        Hans A. Nilges (Ohio Bar No. 0076017)
        Shannon M. Draher (Ohio Bar No. 0074304)
        7266 Portage Street, N.W., Suite D
        Massillon, OH 44646
        Telephone:  (330) 470-4428
        Facsimile:  (330) 754-1430
        Email:  hans@ohlaborlaw.com
              sdraher@ohlaborlaw.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system. Additionally, based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to the following registered participants of the ECF System:

    Molly A. Aspan.

        */s/ Robi J. Baishnab*
        Robi J. Baishnab